

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 30, 2019

<u>By ECF and E-Mail</u>
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   **Re:** *United States v. Muhammad Khalid Khan*, **18 Cr. 830 (VSB)**

Dear Judge Broderick:

  The Government writes, with the consent of defense counsel, to enclose a proposed protective order governing the production of certain discovery materials in this matter. The parties respectfully request that the Court endorse the order.

              Respectfully submitted,

              GEOFFREY S. BERMAN
              United States Attorney

       By: _____/s/_____
              Rebekah Donaleski
              Kimberly Ravener
              Assistant United States Attorneys
              (212) 637-2423/2358

cc:  Julia Gatto, Esq.