

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 6, 2020

<u>By ECF</u>
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Muhammad Khalid Khan*, 18 Cr. 830 (VSB)

Dear Judge Broderick:

      The Government writes, with the consent of defense counsel, to respectfully request that the next pretrial conference, currently scheduled for April 17, 2020, be adjourned for approximately 60 days.  With the consent of defense counsel, the Government also moves for the exclusion of time under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), until June 17, 2020 or any alternative pretrial conference date set by the Court. The adjournment and the exclusion of time will permit the parties to continue discussions regarding the potential for a pretrial disposition in this matter.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

By:      _____/s/_____
      Rebekah Donaleski
      Kimberly Ravener
      Assistant United States Attorneys
      (212) 637-2423/2358

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 4/9/2020

 The status conference scheduled for April 17, 2020 is hereby adjourned to June 17, 2020 at 10:30 a.m. The adjournment is necessary to permit the parties time to continue discussing a pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between April 17, 2020 and June 17, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.