

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 12, 2020

<u>By ECF</u>
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re:  *United States v. Muhammad Khalid Khan*, 18 Cr. 830 (VSB)

Dear Judge Broderick:

   The Government writes, jointly with defense counsel, to respectfully request that the next pretrial conference, currently scheduled for June 17, 2020, be adjourned for approximately 60 days. With the consent of defense counsel, the Government also moves for the exclusion of time under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), until August 17, 2020 or any alternative pretrial conference date set by the Court. The adjournment and the exclusion of time will permit the parties to continue discussions regarding the potential for a pretrial disposition in this matter.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:  _____/s/_____
   Rebekah Donaleski
   Kimberly Ravener
   Assistant United States Attorneys
   (212) 637-2423/2358

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon S. Broderick
VERNON S. BRODERICK
U.S.D.J.  6/15/2020

The status conference scheduled for June 17, 2020 is hereby adjourned to August 21, 2020 at 12:00 p.m. The adjournment is necessary to permit the parties time to continue discussing a pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between June 17, 2020 and August 21, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

  cc:  Elizabeth Macedonio, Esq.