

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 19, 2020

By ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Muhammad Khalid Khan*, 18 Cr. 830 (VSB)

Dear Judge Broderick:

The Government writes, jointly with defense counsel, to respectfully request that the next pretrial conference, currently scheduled for August 25, 2020, be adjourned for approximately three weeks, until the week of September 14, 2020 or thereafter. The defense has informed the Government that the defendant expects to enter a change of plea at the next appearance, and would benefit from additional time to confer with counsel. With the consent of defense counsel, the Government also moves for the exclusion of time under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), until September 14, 2020 or any alternative pretrial conference date set by the Court. The adjournment and the exclusion of time will permit the parties to continue discussions regarding a pretrial disposition in this matter, and to permit the defendant to prepare to enter a plea of guilty at the next appearance.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _____/s/_____
Rebekah Donaleski
Kimberly Ravener
Assistant United States Attorneys
(212) 637-2423/2358

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  8/20/2020

The status conference scheduled for August 25, 2020 is hereby adjourned to September 15, 2020 at 11:00 a.m. The adjournment is necessary to permit the parties time to continue discussing a pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between August 20, 2020 and September 15, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

cc: Elizabeth Macedonio, Esq.