

US 40 Fulton Street – 23rd Floor – New York, NY 10038
Office: 212-235-5494 • Fax: 212-480-4444 • Email: Elizabeth@MacedonioLaw.com

September 24, 2020

**Via ECF**

The Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: United States v. Muhammad Khalid Khan
18 Cr. 830 (VSB)

Dear Judge Broderick:

    I represent Muhammad Khalid Khan in the above referenced matter. Mr. Khan's case is currently on the Court's calendar for September 29, 2020. With the consent of the government, it is respectfully requested that the case be put over for a four-week period. It is anticipated that Mr. Khan will enter a plea of guilty at the next appearance, however, counsel needs additional time to make certain that he understands the plea offer extended by the government.

    This request is made as Mr. Khan has been suffering from a serious eye infection for which he has been taken to the hospital on several occasions. This ailment has caused Mr. Khan to miss scheduled calls with counsel and thus we are not prepared as this point to proceed.

    We ask that the Court schedule the next appearance via video conference. Mr. Khan consents to proceeding via video conferencing to avoid being quarantined which would be required if he were produced in Court. Mr. Khan also consents the exclusion of time under the Speedy Trial Act until the next scheduled date set by the Court.

    I thank Your Honor for his consideration in this matter.

Respectfully submitted,

*Elizabeth E. Macedonio*

Elizabeth E. Macedonio
*Counsel for Defendant Muhammad Khalid Khan*

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  9/29/2020

The status conference scheduled for September 29, 2020 is hereby adjourned to October 29, 2020 at 11:00 a.m. The adjournment is necessary to permit the parties time to continue discussing a pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between September 29, 2020 and October 29, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.