

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 19, 2021

By ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 4/19/2021

      Re:   *United States v. Muhammad Khalid Khan*, 18 Cr. 830 (VSB)

Dear Judge Broderick:

      The Government writes to respectfully request that the Court unseal and docket the criminal complaint in this matter, 18 Mag. 6752, attached hereto as Exhibit A. The complaint should have been unsealed upon the arrest and initial appearance of the defendant in the District, and publicly docketed. In preparation for sentencing, the Government observed that the complaint appeared to remain under seal. The Government previously produced the complaint to the defendant in connection with discovery, and respectfully requests that it be made available as part of the public record.

                                                    Respectfully submitted,

                                                    AUDREY STRAUSS
                                                  United States Attorney

                          By:             /s/
                                   Rebekah Donaleski
                                   Kimberly Ravener
                                   Assistant United States Attorneys
                                   (212) 637-2423/2358

cc:     Elizabeth Macedonio, Esq.