UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
UNITED STATES OF AMERICA,                   :
:
-against-                              :
:                    18-CR-830 (VSB)
MUHAMMAD KHALID KHAN,                       :
:                       **ORDER**
Defendant.    :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

I am in receipt of Defendant Khan's motion dated November 1, 2021, to file supplemental information to his previous motion for compassionate release. The motion to file supplement is GRANTED. Defendant wrote of his deteriorating eye condition that has not been effectively treated. Therefore, it is hereby

ORDERED that the Bureau of Prisons ("BOP") provide further medical treatment for Defendant's eyes.

IT IS FURTHER ORDERED that the Government is directed to ensure that this order is brought to BOP's attention.

.

SO ORDERED.

Dated: November 12, 2021
       New York, New York

                                              _____
                                              Vernon S. Broderick
                                              United States District Judge