UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
               :
UNITED STATES OF AMERICA,     :
               :
               :
      -against-              :          18-cr-830 (VSB)
               :
MUHAMMAD KHALID KHAN,     :          **ORDER**
               :
          Defendant.  :
               :
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Defendant Khan filed his motion for compassionate release on June 14, 2021.  Because it is not clear from the letters that Defendant has submitted whether he is represented by counsel, it is hereby ORDERED that Defendant shall submit a letter with this Court, by January 20, 2022, explaining (1) whether he is represented by counsel in connection with this motion, and if yes, the counsel's name, (2) if no, whether he wants to have counsel appointed to him under the Criminal Justice Act before I request the Government to respond to the Defendant's motion.

SO ORDERED.

Dated: December 6, 2021
       New York, New York

                                              Vernon S. Broderick
                                              United States District Judge