UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                              :
UNITED STATES OF AMERICA,          :
                                              :
          -against-                   :
                                              :     18-CR-830 (VSB)
MUHAMMAD KHAN,                  :
                                              :     **ORDER**
                            Defendant.  :
                                              :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       I am in receipt of Defendant Muhammad Khalid Khan's letter requesting appointment of counsel in connection with his motion for compassionate release, dated January 12, 2022 and received on January 20, 2022. (Doc. 63.) Accordingly, it is hereby:

       ORDERED that Ms. Deborah Colson is appointed as counsel for Defendant Muhammad Khan pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.

       The Clerk of Court is respectfully directed to mail a copy of this order to Defendant at the following address:

       Muhammad Khan, Reg. # 86861-054
       Federal Correctional Complex-Allenwood low
       PO Box 1000
       White Deer, PA 17887

SO ORDERED.

Dated: February 2, 2022
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge