```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :
                                                            :
                -against-                                   :     18-cr-830 (VSB)
                                                            :
MUHAMMAD KHALID KHAN,                                       :     ORDER
                                                            :
                            Defendant.                      :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

  On February 7, 2022, I notified the government of the motion for compassionate release filed by Defendant Khan, and acceptance of the motion was acknowledged. It is hereby

ORDERED that the government shall file any opposition to the motion by March 18, 2022.

SO ORDERED.

Dated: March 8, 2022
   New York, New York

                    *Vernon Broderick* (signature)
                   Vernon S. Broderick
                   United States District Judge